

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00067-CR

Tommy **LUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000986-D1
Honorable Jose A. Lopez, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED July 31, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Jose A. Lopez is the presiding judge of the 49th Judicial District Court, Webb County, Texas. The Honorable Susan Reed, a visiting judge, presided over the proceedings in this case.